```
              IN THE UNITED STATES DISTRICT COURT
                 WESTERN DISTRICT OF ARKANSAS
                      FORT SMITH DIVISION
```

ROGELIO REYES                                                PETITIONER

V.                       NO. 2:01-CV-2015

RAY HOBBS, Director
Arkansas Department of Correction                            RESPONDENT

### O R D E R

On this 20th day of March 2014, there comes on for consideration the Report and Recommendation filed in this case on February 3, 2014, by the Honorable James R. Marschewski, United States Magistrate for the Western District of Arkansas. (Doc. 30). Also before the Court are Petitioner's objections. (Doc. 32).

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The Report and Recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Petitioner's Motion for Relief from Final Judgment (doc. 24) is **DENIED** and Petitioner's Motion for Evidentiary Hearing (doc. 28) is **DENIED.**

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge